Michael Shemtoub, Esq. (CA State Bar No. 253948)
**LEXINGTON LAW GROUP**
8383 Wilshire Blvd. Ste. 702
Beverly Hills, CA 90211
Phone: (323) 655-1004
Fax: (323) 421-9397

Attorney for Debtor,
TOA, LLC d/b/a The Owners' Advocate

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

In re:

TOA, LLC d/b/a The Owners' Advocate,

Debtor.

Case No.: 10-01391

CHAPTER 7

DATE: [No hearing requested]
TIME:
JUDGE:
COURTROOM:

## **EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

COMES Michael Shemtoub, Esq., pursuant to Local Rule 9075-1 and moves for an expedited order to withdraw as counsel for Debtor and states as follows:

1. On December 11, 2009, the Debtor filed a Chapter 7 bankruptcy case. The first meeting of creditors set for February 1, 2010.

2. On February 1, 2010, Wyndham Vacation Resorts, Inc. ("Wyndham"), a creditor in the instant bankruptcy case, filed a motion to transfer the case to the Middle District of Tennessee.

3. The motion for change of venue was granted and the case now resides in the Middle District of Tennesssee.

4. Debtor's attorney, Michael Shemtoub, is not licensed to practice law in the Middle District of Tennessee.

1

EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

5. Debtor's counsel believes that it is in the best interest of the parties for Debtor's counsel to withdraw as counsel for Debtor.

6. Though Local Rules require a hearing on this matter, Debtor's counsel respectfully requests that this matter be ruled upon without hearing.

7. The Debtor's counsel will give notice to the Chapter 7 Trustee and United States Trustee via the ECF Filing System and give notice to the Debtor and all other parties in interest via First Class United States Mail.

Respectfully submitted:

By: /s/ Michael Shemtoub
Michael Shemtoub
Attorney for Debtor,
TOA, LLC d/b/a The Owners' Advocate

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8383 Wilshire Blvd., Suite 702, Beverly Hills, California 90211.

On March, 10 2010, I served the foregoing document described as:

**EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

on the interested parties in this action by placing a true copy thereof addressed as follows:

| | |
|---|---|
| Honorable Keith M. Lundin<br>United States Bankruptcy Court<br>Middle District of Tennessee<br>701 Broadway, Room 170<br>Nashville, TN 37203 | TOA, LLC<br>3905 State St. Suite 341<br>Santa Barbara, CA 93105 |
| Jeanne Burton Gregory<br>401 Church St.<br>Suite 2220<br>Nashville, TN 37219<br>Fax: (615)259-3415 | Office of the U.S. Trustee<br>US Trustee<br>701 Broadway, Suite 318<br>Nashville, TN 37203-3933 |
| TOA, LLC<br>3905 State St Suite 341<br>Santa Barbara, CA 93105 | Frakenmuth Insurance<br>One Mutual Ave<br>Frakenmuth, MI 48979-0001 |
| ATT<br>P.O. Box 105262<br>Atlanta, GA 30348-5362 | Gullett Sanford Robinson and Martin PLLC<br>ATTN Christopher Cardwell<br>315 Deadrick Street<br>Suiute 1100<br>Nashville, TN 37238 |
| ATT<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Gullett Sanford Robinson and Martin PLLC<br>ATTN Trevor Howell<br>315 Deadrick Street<br>Suite 1100<br>Nashville, TN 37238 |
| COMCAST<br>PO Box 105257<br>Atlanta, GA 30348-5257 | |
| COMCAST<br>Po Box 105257<br>Atlanta, GA 30348-5258 | Humphrey Bros Construction<br>PO Box 4501<br>Paso Robles, CA 93447 |

1

| | |
|---|---|
| Humphrey Bros Construction<br>PO Box 4501<br>Paso Robles, CA 93447 | NES<br>1214 Church Street<br>Nashville, TN 37246 |
| IRS<br>IRS OGDEN UT<br>Washington, DC 84201-0039 | NES<br>1214 Church Street<br>Nashville, TN 37246 |
| NES<br>1214 Chruch Street<br>Nashville, TN 37246 | The Bacon Group, LLC<br>7978 Coley Davis Road<br>Nashville, TN 37221 |
| NES<br>1214 Church Street<br>Nashville, TN 37246 | Wyndham Vacation Resorts, Inc.<br>8427 South Park Circle<br>Orlando, FL 32819 |

[X] **(BY MAIL)** I caused such envelope with postage thereon fullyprepaid to be placed in the United States Mail at Beverly Hills, California.

[ ] **(BY OVERNIGHT SERVICE)** I caused said envelope(s) withovernight charges prepaid to be placed in the Federal ExpressBox or United States Mail (Express Mail) at Glendale,California.

[ ] **(BY FAX)** I caused a true and correct copy to be transmittedby facsimile to the telephone numbers set forth above.

[ ] **(State)** I declare that under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2010, at Beverly Hills, California.

                                                /s/ Martha Valencia_____
                                                Martha Valencia