Form odsmfail

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10–bk–01391
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
TOA, LLC
3905 STATE ST., SUITE 341
SANTA BARBARA, CA 93105

Social Security No.:

Employer's Tax I.D. No.:
26–3309242

## ORDER DISMISSING CASE FOR FAILURE
## TO APPEAR AT MEETING OF CREDITORS WITH NOTICE

The referenced debtor(s) failed to appear at the scheduled meeting of creditors. Pursuant to Local Rule (LBR) 2003.1, the Trustee or United States Trustee has filed a Notice of Nonappearance and Motion to Dismiss the case.

**IT IS ORDERED** that this case is **DISMISSED.** Any objections to this dismissal must be in writing and filed with the Clerk within twenty one (21) days from the date noted below. The party filing the objection must comply with LBR 9013–1. If no objections to this dismissal are filed, the case of the referenced debtor(s) is **DISMISSED** without further order.

Entered on the docket: 4/14/10

/s/ Keith M Lundin
UNITED STATES BANKRUPTCY JUDGE